IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| GREG BYLICKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 8:15-cv-01177-SCB-MAP |
| | : | |
| MCGEE TIRE STORES, INC. | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**<u>PLAINTIFF'S UNOPPOSED MOTION TO CONDUCT THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY</u>**

Plaintiff, GREG BYLICKI, by and through his undersigned counsel, hereby moves this Court for an Order permitting the parties to conduct the Rule 3.05 case management conference telephonically. Good cause supports the parties' motion for the following reasons:

1. Defendant's counsel's office is located in Maitland, Florida, while Plaintiff's counsel's office is located in Daytona Beach, Florida.

2. Pursuant to Local Rule 3.01(i), "the use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities."

3. Conducting the case management conference telephonically is the most convenient, expedient, and cost-effective means for the parties to meet in order to prepare the Report.

4. If permitted, the parties are confident they can adequately discuss all items in the case management report during a telephonic meeting.

In the unlikely event that the parties cannot agree to anything contained in the case management report, the parties will continue case management discussions in person if so ordered.

5. The undersigned counsel hereby states that she has conferred with Defendant's counsel pursuant to Local Rule 3.01(g) and that Defendant's counsel has no objection to the relief requested herein.

6. As such, Plaintiff respectfully requests that this Court permit the parties to appear telephonically for purposes of preparing and filing the case management report.

Dated this 3rd day of August, 2015.

                CHANFRAU & CHANFRAU

                /s/ Kelly H. Chanfrau
                Kelly H. Chanfrau, B.C.S.
                Florida Bar No. 560111
                701 N. Peninsula Drive
                Daytona Beach, FL, 32118
                Telephone: (386) 258-7313
                Facsimile: (386) 258-8783
                Primary Email: Kelly@Chanfraulaw.com
                Secondary Email: Julie@Chanfraulaw.com
                Secondary Email: Melanie@Chanfraulaw.com
                TRIAL COUNSEL FOR PLAINTIFF

Case 8:15-cv-01177-SCB-MAP   Document 7   Filed 08/03/15   Page 3 of 3 PageID 34

*Bylicki v. McGee Tires*
Case No.: 8:15-cv-01177-SCB-MAP
Plaintiff's Unopposed Motion to Conduct the
Case Management Conference Telephonically

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2015 a true and correct copy of the foregoing has been furnished by U.S. Mail and by electronic mail to all interested parties:

E. Nannette Piccolo
Law Office of Peter Parzygnat
495 North Keller Road, Suite 220
Maitland, FL  32751
Nannette.piccolo@zurichna.com
Usz.slorl@zurichna.com
Maureen.guadalupe@zurichna.com

                                                   /s/ Kelly H. Chanfrau
                                                        Attorney