UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREG BYLICKI,

        Plaintiff,

v.                                            Case No. 8:15-cv-1177-T-24MAP

MCGEE TIRE STORES, INC.,

        Defendant.
_____/

**ORDER**

Defendant moves the Court to shorten the time for Plaintiff to respond to Defendant's requests for admissions or, alternatively, to extend the discovery deadline so that Plaintiff's responses fall within the discovery period (doc. 18). The Case Management and Scheduling Order, which was entered in September 2015, sets the discovery deadline as June 1, 2016 (doc. 11). And, "[t]he Court follows the rule that the completion date means that all discovery must be completed by that date. For example, interrogatories must be served more than thirty days prior to the completion date to permit the opposing party to respond before the discovery deadline." Middle District of Florida's Discovery Practice Handbook, Section I(F)(1). Here, Defendant served requests for admissions on May 11, 2016, making them due after the discovery deadline. Nonetheless, under Fed. R. Civ. P. 16(b)(4), the Court may grant Defendant's extension upon a showing of good cause. Defendant explains that his delay in serving the requests for admissions after Plaintiff's deposition was due to a trial scheduled more than two weeks later. I find that Defendant has not shown good cause. Accordingly, after consideration, it is ORDERED:

1. Defendant's motion to shorten time to respond to discovery (doc. 18) is DENIED.

DONE and ORDERED in Tampa, Florida on May 19, 2016.

*[signature: Mark A. Pizzo]*

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE